# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:22-cr-10 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| ALEX WARREN | ) | Magistrate Judge Steger |

## <u>ORDER</u>

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 439] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the four count Superseding Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the four count Superseding Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 45] pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 439] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser included offense of Count One of the four count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the four count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 45] pending further order of this Court or sentencing in this matter which is scheduled to take place on **October 12, 2023, at 10:00 a.m.**

**SO ORDERED.**

*/s/Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE